

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EMANUEL DELACRUZ, *and on behalf of all other persons similarly situated*,

                Plaintiff,

-against-

Blinds To Go (U.S.) Inc.,

                Defendant.

------------------------------------x

ORDER

19 Civ. 5384 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       September 6, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge